AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

District of Colorado

| United States of America | ) |
|---|---|
| v. | ) |
| EUGENE CHAVEZ | ) Case No. 15-cr-00149-JLK |
| | ) |
| *Defendant* | ) |

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* EUGENE CHAVEZ, who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to File False Claims for Refund- 18 U.S.C. § 286
False Claims for Refund- 18 U.S.C. § 287 -- Aid and Abet - 18 U.S.C. § 2(a)

Date: 04/07/2015

s/Jennifer Hawkins
*Issuing officer's signature*

City and state: Denver, Colorado

Jeffrey P. Colwell, Clerk US District Court
*Printed name and title*

### Return

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

_____
*Arresting officer's signature*

_____
*Printed name and title*