IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.  15-cr-00149-JLK

**UNITED STATES OF AMERICA,**

      **Plaintiff,**

v.

  1.  **EUGENE CHAVEZ,**

      **Defendant.**

---

**MOTION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM**

---

The United States of America, by and through the United States Attorney for the District of Colorado, petitions the Court for a Writ of Habeas Corpus Ad Prosequendum and states as follows:

1)   The defendant, EUGENE CHAVEZ, YOB: 1973, DOC # 83887, is confined in the BENT COUNTY CORRECTIONAL FACILITY at 11560 ROAD FF75, LAS ANIMAS, COLORADO, 81054.

2)   An initial appearance will be held forthwith in the United States District Court for the District of Colorado before a United States Magistrate Judge on the charges in the INDICTMENT in the above-captioned case, and it is necessary that he be present in person during the proceedings, appearances, and final disposition of his case.

WHEREFORE your Petitioner moves the Court to order that a Writ of Habeas Corpus Ad Prosequendum be issued by this Court to the United States Marshal for the

District of Colorado, or any other United States Marshal, requiring him to serve the writ on the Warden, Superintendent, or Custodian of any place or institution where the defendant is confined, and requiring said United States Marshal to produce the defendant before a United States Magistrate Judge for an initial appearance and to hold him at all times in the United States Marshal's custody as an agent of the United States of America until final disposition of the defendant's case, and thereafter to return the defendant to the institution where he is now confined.

Respectfully submitted this 8th day of April, 2015.

JOHN F. WALSH
United States Attorney

By:   s/Martha A. Paluch
MARTHA A. PALUCH
Assistant U.S. Attorney
1225 Seventeenth Street, Suite 700
Denver, Colorado  80202
Telephone:  (303) 454-0100
Fax:    303) 454-0403
Email:  Martha.Paluch@usdoj.gov
Attorney for the Government