IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 15-cr-00149-JLK

**UNITED STATES OF AMERICA,**

    Plaintiff,

v.

  1. EUGENE CHAVEZ,

    Defendant.

## WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO THE UNITED STATES MARSHAL FOR THE DISTRICT OF COLORADO, OR TO ANY OTHER UNITED STATES MARSHAL, AND TO ANY AUTHORIZED OFFICER IN WHOSE CUSTODY THE DEFENDANT MAY BE HELD:

This Writ is issued upon Order of the United States District Court for the District of Colorado. I hereby command that you bring the body of EUGENE CHAVEZ, YOB: 1973, DOC # 83887, defendant herein, now being confined in the BENT COUNTY CORRECTIONAL FACILITY at 11560 ROAD FF75, LAS ANIMAS, COLORADO, 81054, before a United States Magistrate Judge, sitting at Denver, Colorado, forthwith, to appear for an initial appearance and to hold the defendant at all times in your custody as an agent of the United States of America; that immediately after the conclusion of these

1

proceedings in the United States District Court for the District of Colorado, you shall return the defendant to the institution where he was confined.

DATED at Denver, Colorado, this _____ day of _____, 2015.

BY THE COURT:

_____
CLERK, UNITED STATES DISTRICT COURT