AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Colorado

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

APR 27 2015

JEFFREY P. COLWELL
CLERK

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| EUGENE CHAVEZ | ) | Case No. 15-cr-00149-JLK |
| | ) | |
| | ) | |
| Defendant | ) | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*     EUGENE CHAVEZ                                                                 ,

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☐ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to File False Claims for Refund- 18 U.S.C. § 286
False Claims for Refund- 18 U.S.C. § 287 -- Aid and Abet - 18 U.S.C. § 2(a)

Date: 04/07/2015                                                              s/Jennifer Hawkins
                                                                        *Issuing officer's signature*

City and state:     Denver, Colorado                          Jeffrey P. Colwell, Clerk US District Court
                                                                        *Printed name and title*

### Return

This warrant was received on *(date)* 4/23/15, and the person was arrested on *(date)* 4/23/15
at *(city and state)* Denver, CO.

Date: 4/23/15                                                        [signature]
                                                                        *Arresting officer's signature*

                                                                        E Schmucker    DUSM
                                                                        *Printed name and title*