IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.  15-cr-00149-JLK

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  RAUL CARAVEO,
2.  PAMILA LUCERO,
3.  SABRINA CARAVEO,
4.  **EUGENE CHAVEZ,**
5.  CAROLINA ARAGON, and
6.  CHRISTINA PORTILLOS,

    Defendants.

_____

### GOVERNMENT'S UNOPPOSED MOTION FOR BOND HEARING TO ADDRESS MODIFICATION OF DEFENDANT EUGENE CHAVEZ'S BOND TO ALLOW FOR HIS RETURN TO THE CUSTODY OF THE COLORADO DEPARTMENT OF CORRECTIONS

_____

The United States respectfully requests an Order from the Court setting this matter for a bond hearing to address the release of Defendant Eugene Chavez from federal custody to the custody of the Colorado Department of Corrections (DOC) so that he may answer charges in Jefferson County District Court.  In support of this motion, the United States as follows:

1.  On November 9, 2014, Defendant Eugene Chavez was arrested in Jefferson County and ultimately charged with attempted murder as well as other violent offenses, in Jefferson County Case No. 2014CR2932.  A motions hearing is set in this case for June 11, 2015, and trial is scheduled for July 20 to July 24, 2015.  A copy of the docket sheet of this case is attached to this motion as Attachment 1.

2.  After his arrest in the Jefferson County case, Defendant was convicted of

parole violations and was serving a sentence for those violations in Bent County Correctional Facility, in Las Animas, Colorado, at the time of his indictment in the instant case, on April 7, 2015.  Doc. 1.

3. An arrest warrant and writ for habeas corpus ad prosequendum were issued in the instant case on April 7 and 8, 2015, respectively.  Docs. 4 and 14.  The United States Marshals Service took custody of the defendant at Bent County Correctional Facility pursuant to the writ.

4. The writ specifies that Defendant Chavez is to remain in the custody of the United States Marshals Service until the conclusion of proceedings in this district.  Doc. 14.

5. At Defendant Chavez's detention hearing on April 28, 2015, he inquired of Magistrate Judge Kathleen M. Tafoya about the possibility of his return to the custody of the DOC due to his upcoming attempted murder trial.  The magistrate judge informed the defendant that the state authorities could issue a writ for his appearance in his state case.  However, the minute order from this hearing states that Defendant Chavez "will remain in federal custody pending the conclusion of his case."  Doc. 68.

6. Because the defendant was taken into federal custody pursuant to a writ of habeas corpus ad prosequendum, the provisions of the Interstate Agreement on Detainers Act (IAD) do not apply to this case.  *See United States v. Mauro,* 436 U.S. 340, 361 (1978) ("a writ of habeas corpus *ad prosequendum* is not a detainer for purposes" of the IAD); *United States v. Pursley,* 474 F.3d 757, 764 (10th Cir. 2007) ("the expeditious resolution of untried charges in a different jurisdiction, such as the third set of Colorado charges Pursley faced, is fully consistent with the purposes of the IAD").

7. A joint status report setting forth the positions of all parties in the instant case is due July 8, 2015.  Doc. 83.  The current speedy trial date in this case is October 26, 2015.  Docs. 79, 80, 86.

8.  The Jefferson County District Attorney's Office has contacted undersigned counsel requesting that we honor their writ to secure Defendant Chavez's appearance at the June 11, 2015 motions hearing.  A copy of the filed writ is attached as Attachment 2. Undersigned counsel does not oppose this request, in light of the fact there are currently no court hearings scheduled in this case.

9.  In light of the language of the writ issued in the instant case and the April 28, 2015 Minute Order directing that Defendant Chavez remain in this district pending the conclusion of this case, it appears a bond hearing is warranted to address this issue.

10.     Undersigned counsel has contacted Defendant Chavez's attorney Mr. Thomas Ward, regarding this motion**.**  Mr. Ward advises that he does not oppose this motion.

11.  For the reasons set forth above, the United States respectfully requests that the Court order that this matter be scheduled for a bond hearing on **Monday June 8, at 10:00 am before Magistrate Judge Kathleen Tafoya.**  Mr. Ward advised that he is available on this date and at this time.  The United States will request at this hearing that the conditions of Defendant Chavez's bond be modified to allow him to be returned to the custody of the DOC pursuant to Jefferson County's writ of habeas corpus ad prosequendum.  The United States will then secure Defendant Chavez's appearance at any future court proceeding in the instant case via a writ of habeas corpus ad prosequendum.

Respectfully submitted,

<u>*s/ Martha A. Paluch*</u>
Martha A. Paluch
Assistant U.S. Attorney
United States Attorney's Office
1225 17th Street, Suite 700
Denver, CO  80202
(303) 454-0100
Martha.paluch@usdoj.gov

## **CERTIFICATE OF SERVICE**

      I certify that on this 4th day of June, 2015, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Mr. Martin Stuart
Counsel for Raul Caraveo
mstuart@portmanstuart.com

Mr. John Schlie
Counsel for Pamila Lucero
johnhenry@schlielawfirm.com

Ms. Marci Gilligan
Counsel for Sabrina Caraveo
gilligan@ridleylaw.com

Mr. Thomas Ward
Counsel for Eugene Chavez
tward@wardlawdenver.com

Mr. Robert Pepin
Counsel for Carolina Aragon
Robert_Pepin@fd.org

Mr. John Mosby
Counsel for Christina Portillos
john_mosby@msn.com

                                          s/*Mariah Tracy*
                                          Mariah Tracy
                                          Legal Assistant
                                          United States Attorney's Office
                                          1225 17th Street, Suite 700
                                          Denver, CO 80202
                                          303 454-0100
                                          Fax: 303 454-0402
                                          Mariah.tracy@usdoj.gov