**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No. 15-cr-00149-JLK

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. RAUL CARAVEO,
2. PAMILA LUCERO,
3. SABRINA CARAVEO,
4. **EUGENE CHAVEZ**,
5. CAROLINA ARAGON, and
6. CHRISTINA PORTILLOS,

    Defendants.

---

**ORDER ON GOVERNMENT'S UNOPPOSED MOTION FOR BOND HEARING TO
ADDRESS MODIFICATION OF DEFENDANT EUGENE CHAVEZ'S BOND
TO ALLOW FOR HIS RETURN TO THE CUSTODY OF THE
COLORADO DEPARTMENT OF CORRECTIONS**

---

Upon consideration of the Government's Unopposed Motion for Bond Hearing to Address Modification of Defendant Eugene Chavez's Bond to Allow for His Return to the Custody of the Colorado Department of Corrections, it is

ORDERED that a bond hearing will be held on Monday, June 8, 2015, at 10:00 a.m. in Magistrate Judge Kathleen M. Tafoya's courtroom.

Dated this _____ day of June, 2015.

                            BY THE COURT:

                            _____
                            John L. Kane
                            United States District Court Senior Judge