Date Printed: 06/03/2015

**People Of The State Of Colorado Vs. Chavez, Eugene Rene - 2014CR2932 - Jefferson County**

## Summary

| | | |
|---|---|---|
| **Case #:** 2014CR2932 (District) | **Location:** Jefferson County | **Date Filed:** 2014-11-10 |
| **Case Status:** Mandatory Restraining Order Granted; | **Date Case Closed:** N/A | **Date of Speedy Trial:** 2015-08-09 |
| **Case Type:** Homicide | **Appealed:** N | **E-Filed:** N |
| **Judge or Magistrate:** Dennis James Hall | **Division:** 5 | **Bar Number:** 12301 |
| **Alternate Judge or Magistrate:** Verna L Carpenter | | **Bar Number:** 21789 |
| **Related Cases:** N/A | | |

## Participants

| | | |
|---|---|---|
| **Party Type:** Defendant | **Person Status:** Restrained ; | |
| **Name:** Chavez, Eugene Rene | **Addresses & Phone Numbers** | **Attorneys** |
| **Birthdate:** 1973-01-27<br>**Gender:** M<br>**Race:** W<br>**Drivers License:**<br>**SSN:** 524171706<br>**StateID:** 555014 | Active Address<br>1655 Fenton St<br>Lakewood CO 80214 | **Attorney Role:** Deputy Public Defender<br>**Attorney Name:** Brune, Damon Christopher<br>**Attorney Bar #:** 38154<br>**Primary Attorney:** Yes |

| | | |
|---|---|---|
| **Party Type:** The People of the State of CO | **Person Status:** Not Applicable | |
| **Name:** The People Of The State Of Colorado, | **Addresses & Phone Numbers** | **Attorneys** |
| **Birthdate:**<br>**Gender:**<br>**Race:**<br>**Drivers License:**<br>**StateID:** | | |

| | | |
|---|---|---|
| **Party Type:** Victim | **Person Status:** Protected Adult ; | |
| **Name:** Banuelos, Abel | **Addresses & Phone Numbers** | **Attorneys** |
| **Birthdate:** 1980-05-10<br>**Gender:** M<br>**Race:** W<br>**Drivers License:**<br>**StateID:** | | |

| **Party Type:** Victim | **Person Status:** Protected Adult ; | |
|---|---|---|
| **Name:** Padilla, Reyna | **Addresses & Phone Numbers** | **Attorneys** |
| **Birthdate:** 1979-11-25<br>**Gender:** F<br>**Race:** W<br>**Drivers License:**<br>**StateID:** | | |

| **Party Type:** Victim | **Person Status:** Protected Adult ; | |
|---|---|---|
| **Name:** Padilla, Zenique | **Addresses & Phone Numbers** | **Attorneys** |
| **Birthdate:** 2002-01-04<br>**Gender:** F<br>**Race:** O<br>**Drivers License:**<br>**StateID:** | | |

| **Party Type:** Victim | **Person Status:** Not Applicable | |
|---|---|---|
| **Name:** Padilla, Reyna Christina | **Addresses & Phone Numbers** | **Attorneys** |
| **Birthdate:** 1979-11-25<br>**Gender:** F<br>**Race:** I<br>**Drivers License:**<br>**StateID:** | Active Address<br>1340 Yarrow, Unit G 12 N.<br>Lakewood CO 80224<br><br>Home : (720) 4354303 | |

| **Party Type:** Victim | **Person Status:** Not Applicable | |
|---|---|---|
| **Name:** Banuelos, Abel SR | **Addresses & Phone Numbers** | **Attorneys** |
| **Birthdate:** 1980-05-10<br>**Gender:** M<br>**Race:** O<br>**Drivers License:**<br>**StateID:** | Active Address<br>3822 Franklin Street<br>Denver CO 80205 | |

## Charges / Dispositions

### Domestic Violence Status

Alleged

### Arresting Agency

| **Arresting Agency:** Lakewood Police Dept | **Arrest Date:** 2014-11-09 | **Arrest Time:** |
|---|---|---|
| **Ticket/Summons Number:** | **Arrest Number:** B141818 | **Case Number:** 14-46356 |

### Arrest Charges

| **Charge Number:** 1 | **Charge:** Homicide-willfull Kill-weapon 1st | **Status:** Arrest Only Charge |
|---|---|---|
| **Offense Date From:** 2014-11-09 | **Offense Date To:** 2014-11-09 | **Offense Time:** |
| **Class:** UNK (Unknown) | **BAC:** 0.000 | **Statute:** 18-3-102 |

| Charge Number: 2 | Charge: Assault 3-know/reckless Cause Injury | Status: Arrest Only Charge |
|---|---|---|
| Offense Date From: 2014-11-09 | Offense Date To: 2014-11-09 | Offense Time: |
| Class: M1 (Class 1 Misdemeanor) | BAC: 0.000 | Statute: 18-3-204(1)(a) |

| Charge Number: 3 | Charge: Public Order Crimes Criminal Atte | Status: Arrest Only Charge |
|---|---|---|
| Offense Date From: 2014-11-09 | Offense Date To: 2014-11-09 | Offense Time: |
| Class: UNK (Unknown) | BAC: 0.000 | Statute: 18-2-101 |

### Final Disposition on Charges

| Charge Number: 1 | Charge: Murder 1-after Deliberation-att | Status: Main Charge |
|---|---|---|
| Offense Date From: 2014-11-08 | Offense Date To: | Offense Time: |
| Class: F2 (Class 2 Felony) | BAC: 0.000 | Statute: 18-3-102(1)(a) |
| Plea Date: 2015-02-09 | Plea: Plea Not Guilty | |

| Charge Number: 2 | Charge: Assault 3-know/reckless Cause Injury | Status: Main Charge |
|---|---|---|
| Offense Date From: 2014-11-08 | Offense Date To: | Offense Time: |
| Class: M1 (Class 1 Misdemeanor) | BAC: 0.000 | Statute: 18-3-204(1)(a) |
| Plea Date: 2015-02-09 | Plea: Plea Not Guilty | |

| Charge Number: 3 | Charge: Criminal Mischief-$300-$750 | Status: Main Charge |
|---|---|---|
| Offense Date From: 2014-11-08 | Offense Date To: | Offense Time: |
| Class: M2 (Class 2 Misdemeanor) | BAC: 0.000 | Statute: 18-4-501(1),(4)(b) |
| Plea Date: 2015-02-09 | Plea: Plea Not Guilty | |

| Charge Number: 4 | Charge: Violent Crime-used Weapon | Status: Main Charge |
|---|---|---|
| Offense Date From: 2014-11-08 | Offense Date To: | Offense Time: |
| Class: SE (Sentence Enhancement) | BAC: 0.000 | Statute: 18-1.3-406(2)(a)(I)(A) |
| Plea Date: 2015-02-09 | Plea: Plea Not Guilty | |

| Charge Number: 5 | Charge: Violent Crime-cause Death/sbi | Status: Main Charge |
|---|---|---|
| Offense Date From: 2014-11-08 | Offense Date To: | Offense Time: |
| Class: SE (Sentence Enhancement) | BAC: 0.000 | Statute: 18-1.3-406(2)(a)(I)(B) |

| Plea Date: 2015-02-09 | Plea: Plea Not Guilty |
|---|---|

### Hearings/Trials

| Date | Time | Room # | Type/Note | Status | Judge/Bar Number |
|---|---|---|---|---|---|
| 2015-07-24 | 08:00 AM | 4E | Jury Trial<br>NOTE: DAY 5 OF 5 | | Dennis James Hall (12301) |
| 2015-07-23 | 08:00 AM | 4E | Jury Trial<br>NOTE: DAY 4 OF 5 | | Dennis James Hall (12301) |
| 2015-07-22 | 08:00 AM | 4E | Jury Trial<br>NOTE: DAY 3 OF 5 | | Dennis James Hall (12301) |
| 2015-07-21 | 08:00 AM | 4E | Jury Trial<br>NOTE: DAY 2 OF 5 | | Dennis James Hall (12301) |
| 2015-07-20 | 08:00 AM | 4E | Jury Trial<br>NOTE: DAY 1 OF 5 | | Dennis James Hall (12301) |
| 2015-06-11 | 08:00 AM | 4E | Motions Hearing<br>NOTE: JG DB WRIT DOC | | Dennis James Hall (12301) |
| 2015-02-23 | 02:00 PM | 4E | Pre-Trial Conference<br>NOTE: JG DB WRIT DOC | Hearing Held | Dennis James Hall (12301) |
| 2015-02-09 | 01:00 PM | 4E | Arraignment<br>NOTE: CB DB CSTDU | Held and Continued | Dennis James Hall (12301) |
| 2015-01-16 | 09:00 AM | 3G | Preliminary Hearing | Preliminary Hearing Held | Verna L Carpenter (21789) |
| 2014-12-18 | 01:30 PM | 3E | Preliminary Hearing | Held and Continued | Verna L Carpenter (21789) |
| 2014-11-24 | 09:00 AM | 3E | Preliminary Demand | Hearing Held | Verna L Carpenter (21789) |
| 2014-11-17 | 10:00 AM | 1B | Rtrn Filing of Charges | Hearing Held | K. J. Moore (25956) |
| 2014-11-10 | 10:00 AM | 1B | Hearing on Advisement | Hearing Held | Verna L Carpenter (21789) |

### Other Case Activities

| Date | Code | Details/Notes |
|---|---|---|
| 2015-05-20 | MOTN | Motion<br>DEF1/ Chavez, Eugene Rene<br>ATY/ Brune, Damon Christopher<br>By Pub Def: Motion For Witness Statements Made To The Prosecution /jkl |
| 2015-05-20 | MOTN | Motion<br>DEF1/ Chavez, Eugene Rene<br>By Pub Def: Motion For All Criminalistic Evidence To Be Presented In The Form Of Competent Testimony /jkl |
| 2015-05-20 | MOTN | Motion<br>DEF1/ Chavez, Eugene Rene<br>By Pub Def: Motion To Require Prosecution To Specify Rule 404 Evidence And<br>Request For Hearing To Determine Admissibility Prior To Trial /jkl |

| Date | Type | Description |
|---|---|---|
| 2015-05-20 | MOTN | Motion<br>DEF1/ Chavez, Eugene Rene<br>By Pub Def: For Discovery Of Impeachment Information /jkl |
| 2015-05-20 | MOTN | Motion<br>DEF1/ Chavez, Eugene Rene<br>By Pub Def: Motion To Dismiss/immunity From Prosecution Pursuant To 18-1-704.5 Use Of Deadly Physical Force Against An Intruder And Request For<br>Hearing /jkl |
| 2015-05-20 | MOTN | Motion<br>DEF1/ Chavez, Eugene Rene<br>By Pub Def: Motion To Suppress Evidence Nad Observvations Obtained From<br>Illegal Search And Seizure Of 1655 Fenton Street /jkl |
| 2015-05-20 | MOTN | Motion<br>DEF1/ Chavez, Eugene Rene<br>ATY/ Brune, Damon Christopher<br>Bly Pub Def: Motion In Limine And Objection To Any 404(b) Or Res Gestae Evidence Related To Gang Membership /jkl |
| 2015-05-20 | MOTN | Motion<br>DEF1/ Chavez, Eugene Rene<br>By Pub Def: Motion To Suppress Show Up Identification /jkl |
| 2015-05-20 | MOTN | Motion<br>DEF1/ Chavez, Eugene Rene<br>By Pub Def: Motion To Suppress Statements Obtained Without A Knowing, Intelligent, Voluntary Waiver And In Violation Of Miranda /jkl |
| 2015-05-20 | MOTN | Motion<br>DEF1/ Chavez, Eugene Rene<br>By Pub Def: Motion To Suppress Evidence Derived From Illegal Stop /jkl |
| 2015-05-20 | NOTC | Notice Filed<br>DEF1/ Chavez, Eugene Rene<br>ATY/ Brune, Damon Christopher<br>By Pub Def: Notice Of Endorsements /jkl |
| 2015-03-03 | NOTC | Notice Filed<br>By Da: Of Endorsement Of Witness(es) /vls |
| 2015-02-23 | MINC | Minute Order (print)<br>Review Djh Rsp Denise Stires<br>Dda Jed Greenblatt; Dpd Damon Brune W Deft In Cstdy On Writ From Doc. Deft Brought Over So That He Can Be Ordered Held For 72 Hrs To Have Buccal<br>Swabs Done.<br>Deft Then To Return On 6-11-15 At 8:00 Am Fo Rhrg On Motns.<br>Da To Writ Deft From Doc.<br>Deft Remanded. /rsp |
| 2015-02-23 | NOTC | Notice Filed<br>Notice To Jail - Hold At Jefferson County Jail (hold For 72 Hrs So Buccal Swab Can Be Taken); Return Date 6/11/15 At 8am /vls |
| 2015-02-11 | ORDR | Order<br>For Writ Of Habeas Corpus Ad Prosequendum From Doc For Jury Trial On 7/20/15<br>Through 7/24/15 At 8am----bab--- /lmg |
| 2015-02- | ORDR | Order |

| | | | |
|---|---|---|---|
| | 11 | | For Writ Of Habeas Corpus Ad Prosequendum From Doc For Ptc On 2/23/15 At<br>2pm-----bab---- /lmg |
| | 2015-02-10 | MOTN | Motion<br>By Da: For Non-testimonial Identification Pursuant To Crim.p.16 Ii(a)(1) /lmg |
| | 2015-02-09 | MINC | Minute Order (print)<br>Arraignment Djh Rsp Denise Stires<br>Dda Jed Greenblatt; Dpd Damon Brune W Deft In Cstdy<br>Deft Enters Not Glty Pleas.<br>Matter Set For A 5 Day Jury Trial Commencing July 20, 2015 At 8:00 Am;<br>Matter Set For A One Half Day Hrg On Motns On 6-11-15 At 8:00 Am.<br>All Motns To Be Filed By 30 Days Before Hrg.<br>Deft Will Also Ask That Buccas Swabs Be Taken<br>Matter Set For A Pre-trial Conf On 2-23-15 At 2:00 Pm.<br>Deft Remanded, /rsp |
| | 2015-01-21 | PETN | Petition<br>And Order For Writ Doc 020915 /kwc |
| | 2015-01-16 | BIND | Bindover To Dist Ct W/o Prelim<br>Deft Apprd In Custody On Writ From Doc With Pd Brune Dda Brousseau Ph Held<br>Case Bodc Set For Arrg In Div 5 2/9/15 @ 1pm Deft In Custody Pending Posting<br>Bond /cm |
| | 2014-12-22 | PETN | Petition<br>And Order For Writ Doc 011615 /bab /kwc |
| | 2014-11-18 | MOTN | Motion<br>DEF1/ Chavez, Eugene Rene<br>ATY/ Brune, Damon Christopher<br>By Pub Def: Combined Motion For Preliminary Hearing, For Discovery And To<br>Reduce Or Modify Bond /jkl |
| | 2014-11-13 | FCMP | Felony Complaint Filed<br>Charging Document /vls |
| | 2014-11-10 | ASWA | Affi In Suppt-warrantless Arr |
| | 2014-11-10 | FOTH | Filing Other<br>Defs Sworn Statement Regarding Possession Of Firearms And/or Ammunition /ams |
| | 2014-11-10 | MROG | Mandatory Protection Ord Grntd; Expiration Date: 2019-11-10<br>DEF1/ Chavez, Eugene Rene<br>VIC1/ Banuelos, Abel<br>VIC2/ Padilla, Reyna<br>VIC3/ Padilla, Zenique<br>MROG<br>The Court finds that the defendant is governed by the Brady Handgun Violence Prevention Act, 18 U.S.C. §922(D)(8) and (g)(8)<br>Shall not harrass, injure, molest, intimidate, threaten, retaliate against or tamper with any witness to or victim of the acts you are charged with committing<br>Shall vacate the home of the victim(s) and stay away from any other location the victim(s) is/are likely to be found<br>Shall refrain from contacting or directly or indirectly communicating with |

| | | | |
|---|---|---|---|
| | | | the victim(s)<br>Shall not possess or control a firearm or other weapon<br>Shall not possess or purchase any ammunition.<br>Shall relinquish, for the duration of the order, any firearm or ammunition in your immediate possession or control, or subject to your immediate possession or control, and shall do so within 24 hours for firearms and within 24 hours for ammunition. You shall file proof of relinquishment with the court, within 3 business days of the relinquishment, as required by statute.<br>Shall Not Possess Or Consume Alcoholic Beverages Or Controlled Substances<br>It Is Further Ordered Def Have No Contact With Any Vic Listed Except Through<br>The Defs Counsel Or Agents Of Counsel |
| 2014-11-10 | NOTC | Notice Filed<br>To Def Of Court Order Regarding Ammunition /ams | |
| 2014-11-10 | RSPO | Return Of Service Protect Ordr; Expiration Date: 2019-11-10 | |

## Judgments

No Judgments Information

## Bonds

| **Bond Status Date:** 2014-11-10 | **Bond Status:** Bond Set | |
|---|---|---|
| **Set Date:** 2014-11-10 | **Set Amount:** 500000.00 | **Set Type:** Cash |
| **Adjusted Date:** | **Adjusted Amount:** 0.00 | |
| **Post Date:** | **Post Amount:** 0.00 | **Post Type:** |
| **Condition(s):** P/T SUPV, NO ALC/DRUGS/WEAPONS, RANDOM UA/BA, NO CONTACT, COMPLY W PAROLE, RELINQUISH FIREARMS/AMMO, BRADY | | |

## Financial Summary

No Financial Information