| District Court<br>Jefferson County, Colorado<br>Court Address:<br>100 Jefferson County Parkway<br>Golden, CO  80401-1070 | **DA COPY**<br>2015 JUN -4 AM 8:3 |
|---|---|
| **PEOPLE OF THE STATE OF COLORADO**<br>v.<br>**EUGENE RENE CHAVEZ**<br>DOB 01/27/1973 DOC # 83887<br>Defendant | **COURT USE ONLY** |
| Peter A. Weir, District Attorney<br>Jed Greenblatt, DDA<br>500 Jefferson County Parkway<br>Golden, CO 80401-6020<br><br>Phone Number: (303)271-6800<br>FAX Number:   (303)271-6888<br>E-mail:<br>Attorney Reg. #41122 | Case No.<br>14CR02932<br><br>Div: 5<br><br>Ctrm: |
| **PETITION AND ORDER FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM** | |

PETER A. WEIR, District Attorney in and for the First Judicial District, State of Colorado, states and alleges:

1. Eugene Rene Chavez is presently in the custody of the **DIRECTOR, DEPARTMENT OF CORRECTIONS, STATE OF COLORADO.**

2. The presence of Eugene Rene Chavez in this Court is necessary and required at 8:00 a.m. on June 11, 2015, for Motion Hearing, on the charge of CRIMINAL ATTEMPT MURDER IN THE FIRST DEGREE.

3. The People are requesting this court authorize the use of physical force in the execution of this writ if the defendant refuses to cooperate and comply with the writ.

WHEREFORE, the District Attorney requests the Court enter an Order directing the **DIRECTOR, DEPARTMENT OF CORRECTIONS, STATE OF COLORADO,** holding said Defendant in custody and the Sheriff of the County of Jefferson, State of Colorado, to produce the said Defendant in this Court at the above time.

PETER A. WEIR
District Attorney

By: _____
JED GREENBLATT
Deputy District Attorney
Registration No. 41122

DISTRICT COURT, JEFFERSON COUNTY, COLORADO
COURT CASE NO.: 14CR02932          DIVISION 5
------------------------------------------------------------
PETITION AND ORDER FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM
------------------------------------------------------------

SO ORDERED THIS _____ DAY OF ___**JUN 0 4 2015**__ , 20___.

_____
Judge

| | |
|---|---|
| District Court<br>Jefferson County, Colorado<br>Court Address:<br>100 Jefferson County Parkway<br>Golden, CO  80401-1070 | DA COPY |
| **PEOPLE OF THE STATE OF COLORADO**<br>v.<br>**EUGENE RENE CHAVEZ**<br>DOB 01/27/1973 **DOC # 83887**<br>Defendant | **COURT USE ONLY** |
| Peter A. Weir, District Attorney<br>Jed Greenblatt, DDA<br>500 Jefferson County Parkway<br>Golden, CO 80401-6020<br><br>Phone Number: (303)271-6800<br>FAX Number:   (303)271-6888<br>E-mail:<br>Attorney Reg. #41122 | Case No.<br>14CR02932<br><br>Div: 5<br><br>Ctrm: |
| **PETITION AND ORDER FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM** | |

PETER A. WEIR, District Attorney in and for the First Judicial District, State of Colorado, states and alleges:

1. Eugene Rene Chavez is presently in the custody of the **DIRECTOR, DEPARTMENT OF CORRECTIONS, STATE OF COLORADO.**

2. The presence of Eugene Rene Chavez in this Court is necessary and required at **8:00 a.m. on July 20, 2015 through July 24, 2015 for Jury Trial** on the charge of CRIMINAL ATTEMPT MURDER IN THE FIRST DEGREE.

3. The People are requesting this court authorize the use of physical force in the execution of this writ if the defendant refuses to cooperate and comply with the writ.

WHEREFORE, the District Attorney requests the Court enter an Order directing the DIRECTOR, DEPARTMENT OF CORRECTIONS, STATE OF COLORADO, holding said Defendant in custody and the Sheriff of the County of Jefferson, State of Colorado, to produce the said Defendant in this Court at the above time.

PETER A. WEIR
District Attorney

By: _____
JED GREENBLATT
Deputy District Attorney
Registration No. 41122

DISTRICT COURT, JEFFERSON COUNTY, COLORADO
COURT CASE NO.: 14CR02932          DIVISION 5
-------------------------------------------------------------
PETITION AND ORDER FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM
-------------------------------------------------------------

SO ORDERED THIS _____ DAY OF __**JUN 0 4 2015**__ , 20___.

*[signature: Bradley A. Burback]*
_____
Judge