<u>DEFENDANT</u>:   6. CRISTINA PORTILLOS

<u>DOB</u>: 1979

<u>ADDRESS</u>:   Colorado Springs, CO   80903

<u>COMPLAINT FILED?</u>       _____ YES   X\_\_\_NO

| <u>OFFENSE</u>: | **Count 1:** | 18 U.S.C. § 286 - Conspiracy to File False Claims for Refund |
|---|---|---|
| | **Counts 10, 12 14-17, 30** | 18 U.S.C. § 287 – False Claims for Refund |

<u>LOCATION OF OFFENSE</u>:   El Paso County, Colorado
Pueblo County, Colorado
Delta County, Colorado
Logan County, Colorado
Crowley County, Colorado
Denver County, Colorado

| <u>PENALTY</u>: | **Count 1:** | NMT 10 years imprisonment; a fine of NMT twice the financial gain of $370,000 (or $740,000), or $250,000, whichever is greater; NMT 3 years supervised release; and $100 Special Assessment |
|---|---|---|
| | **Counts 10, 12 14-17, 30** | NMT 5 years imprisonment; NMT $250,000 fine, or both; NMT 3 years supervised release; and $100 Special Assessment |

<u>AGENT</u>:         Special Agent Anthony Romero, IRS CI

<u>AUTHORIZED BY</u>:   Martha A. Paluch, Assistant U.S. Attorney

<u>ESTIMATED TIME OF TRIAL</u>:
_____ five days or less
\_\_\_X\_ over five days
_____ other

<u>THE GOVERNMENT</u>
_____ will seek detention in this case
\_\_\_\_\_X\_\_\_ will not seek detention in this case

The statutory presumption of detention **is not** applicable to this defendant.
<u>OCDETF CASE</u>:   _____   Yes        \_\_\_X\_\_\_ No