IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 15-cr-00149-JLK

UNITED STATES OF AMERICA,

       Plaintiff,

v.

  4.  EUGENE CHAVEZ,

       Defendant.

## ORDER FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

Upon petition of the United States and for good cause shown, it is hereby

ORDERED that the Clerk of the Court issue a writ to the United States Marshals

Service requiring the United States Marshal to produce EUGENE CHAVEZ forthwith for

proceedings and appearances upon the charges in the SUPERSEDING INDICTMENT, to

include a videotaped deposition of co-defendant Carolina Aragon scheduled for August

12, 2015, and to hold him at all times in the United States Marshal's custody as an agent

of the United States of America until final disposition of the defendant's case, and

thereafter to return the defendant to the institution where he is now confined.

SO ORDERED this _____ day of _____, 2015.


_____
JOHN L. KANE
UNITED STATES DISTRICT COURT SENIOR JUDGE
DISTRICT OF COLORADO