# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# JUDGE RAYMOND P. MOORE

Courtroom Deputy: Patricia Glover  
Court Reporter:   Tammy Hoffschildt  
Probation Officer: n/a

Date:  August 19, 2015  
Interpreter:  n/a

**CASE NO. 15-cr-00149-RM**

Parties

UNITED STATES OF AMERICA,

    Plaintiff,

v.

2. PAMILA LUCERO,
3. SABRINA CARAVEO,
4. EUGENE CHAVEZ,
6. CHRISTINA PORTRILLOS,

    Defendants.

Counsel

Martha Ann Paluch

John Schile  
Marci Gilligan (by phone)  
Thomas Ward  
John Mosby

# COURTROOM MINUTES

**STATUS CONFERENCE**

**COURT IN SESSION:**     9:00 a.m.

Appearances of counsel.  Defendant's appearances have been waived.

The Court addresses present status of the case, including the speedy trial calculation.

Statements from counsel addressing speedy trial calculation dates.

The Court addresses motion(s) deadline.

Statements from counsel addressing various issues.

The Court sets no additional deadlines at this time.

**COURT IN RECESS:**      9:37 a. m.
**Total in court time:**     37 minutes
**Hearing concluded**