IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.  15-cr-00149-RM

UNITED STATES OF AMERICA,

        Plaintiff,

v.

  4.  EUGENE CHAVEZ,

        Defendant.

## MOTION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

The United States of America, by and through the United States Attorney for the District of Colorado, petitions the Court for a Writ of Habeas Corpus Ad Prosequendum for Defendant Eugene Chavez (defendant) and states as follows:

1) At the time the Indictment was handed down in this case, the defendant EUGENE CHAVEZ, YOB: 1973, DOC # 83887, was confined at the Bent County Correctional Facility in Las Animas, Colorado.

2) The United States secured custody of the defendant for his initial appearance on the Indictment in this case via a writ of habeas corpus ad prosequendum issued on April 8, 2015.   Doc. 14.

3) On June 4, 2015, the Jefferson County District Attorney's Office issued a writ of habeas corpus ad prosequendum to secure defendant's presence at a June 11, 2015

motions hearing and a July 20, 2015 trial on attempted murder charges and other violent offenses, in Jefferson County Case No. 2014CR2932.

4)   On June 8, 2015, United States Magistrate Judge Kathleen M. Tafoya issued an Order allowing the defendant to return to Jefferson County for his motions hearing and to face trial there.   The Court directed that the United States petition for issuance of a writ of habeas corpus ad prosequendum to secure the defendant's presence for further court proceedings in this case after this Court announced future court hearings.   Doc. 91.

5)   On July 20, 2015, defendant's jury trial commenced in his Jefferson County case.   On July 22, 2015, the defendant was convicted of the lesser included offense of attempted manslaughter.

6)   On July 25, 2015, the defendant was arraigned on the Superseding Indictment.   Doc. 127.   He was thereafter returned to the custody of the Department of Corrections (DOC).

7)   On July 14, 2015, the Court granted the government's motion to conduct a videotaped deposition of co-defendant Carolina Aragon on August 12, 2015, at 10:00 a.m. in Courtroom A201 of the Arraj Federal Courthouse.   Doc. 150.   The Court ordered that the government file the necessary paperwork in order to secure the presence of incarcerated defendants, including the defendant Eugene Chavez, at the August 12, 2015 deposition.   The defendant appeared at the videotaped deposition via a writ issued on July 24, 2015.   Doc. 157.

8) After the deposition, it was necessary for the Marshals Service to return the defendant to the custody of the DOC, and specifically, to the Bent County Correctional Facility, to close out the original writ.

9) The United States is therefore requesting that the Court issue the instant writ of habeas corpus ad prosequendum to return the defendant to federal custody so that he will remain in federal custody pending the conclusion of the instant case.

WHEREFORE your Petitioner moves the Court to order that a Writ of Habeas Corpus Ad Prosequendum be issued by this Court to the United States Marshal for the District of Colorado, or any other United States Marshal, requiring him to serve the writ on the Warden, Superintendent, or Custodian of any place or institution where the defendant EUGENE CHAVEZ, YOB: 1973, DOC # 83887 is confined, and requiring said United States Marshal to return the defendant to federal custody, and to hold him at all times in the United States Marshal's custody as an agent of the United States of America until final disposition of the defendant's case in this matter, and thereafter to return the defendant to the institution where he is now confined.

Respectfully submitted this 31st day of August, 2015.

                JOHN F. WALSH
                United States Attorney

                s/Martha A. Paluch
By:  MARTHA A. PALUCH
      Assistant U.S. Attorney
      1225 Seventeenth Street, Suite 700
      Denver, Colorado  80202
      Telephone:  (303) 454-0100
      Fax:    303) 454-0403
      Email:  Martha.Paluch@usdoj.gov
      Attorney for the Government