# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

**Criminal Case No. 15-cr-00149-RM**

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

**v.**

  **4.  EUGENE CHAVEZ,**

    **Defendant.**

---

## WRIT OF HABEAS CORPUS AD PROSEQUENDUM

---

TO THE UNITED STATES MARSHAL FOR THE DISTRICT OF COLORADO, OR TO ANY OTHER UNITED STATES MARSHAL, AND TO ANY AUTHORIZED OFFICER IN WHOSE CUSTODY THE DEFENDANT MAY BE HELD:

This Writ is issued upon Order of the United States District Court for the District of Colorado.   I hereby command that you bring the body of EUGENE CHAVEZ, YOB: 1973, DOC # 83887, defendant herein, now being confined in the BENT COUNTY CORRECTIONAL FACILITY, 11560 COUNTY ROAD FF 75, LAS ANIMAS, COLORADO 81054, to the custody of the United States Marshals Service in Denver, Colorado, forthwith, and to hold the defendant at all times in your custody as an agent of the United States of America, through the conclusion of all proceedings in this case, and

1

upon conclusion of these proceedings, the defendant is to be returned to the institution where he was originally confined.

DATED at Denver, Colorado, this _____ day of _____, 2015.

BY THE COURT:

_____
CLERK, UNITED STATES DISTRICT COURT