IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 15-cr-00149-RM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. RAUL CARAVEO,
2. PAMILA LUCERO,
3. SABRINA CARAVEO,
4. EUGENE CHAVEZ,
5. CAROLINA ARAGON,
6. CRISTINA PORTILLOS,
7. CONRAD ARCHULETA, and
8. NANCY GUZMAN,

    Defendants.

_____

**GOVERNMENT'S MOTION TO RESTRICT DOCUMENT NO. 219**
_____

The United States of America, by and through United States Attorney John F. Walsh and Assistant United States Attorney Martha A. Paluch, respectfully moves to restrict Document No. 219, attachments thereto, any order revealing the contents of that document, and the brief filed in support of this motion, for the reasons stated in the brief filed in support of this motion. The United States requests a "Level 1 " restriction which would make the document, any order revealing the contents of that document, and the brief filed in support of this motion, "viewable by Case Participants & Court" only.

Dated this 17th day of September, 2015.

                    Respectfully submitted,

                    JOHN F. WALSH
                    United States Attorney

By:   *s/ Martha A. Paluch*
       Martha A. Paluch
       Assistant U.S. Attorney
       United States Attorney's Office
       1225 17th Street, Suite 700
       Denver, CO   80202
       (303) 454-0100
       Martha.paluch@usdoj.gov

## **CERTIFICATE OF SERVICE**

   I certify that on this 17th day of September, 2015, I electronically filed the foregoing under LEVEL ONE restriction with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Mr. Martin Stuart
Counsel for Raul Caraveo
mstuart@portmanstuart.com

Mr. John Schlie
Counsel for Pamila Lucero
johnhenry@schlielawfirm.com

Ms. Marci Gilligan
Counsel for Sabrina Caraveo
gilligan@ridleylaw.com

Mr. Thomas Ward
Counsel for Eugene Chavez
tward@wardlawdenver.com

Mr. Robert Pepin
Counsel for Carolina Aragon
Robert_Pepin@fd.org

Mr. John Mosby
Counsel for Cristina Portillos
john_mosby@msn.com

Mr. David Owen, Jr.
Counsel for Conrad Archuleta
davidowen@lodopc.com

Mr. John Sullivan, III
Counsel for Nancy Guzman
jfslaw1@aol.com

               s/*Mariah Tracy*
               Mariah Tracy
               Legal Assistant
               United States Attorney's Office
               1225 17th Street, Suite 700
               Denver, CO 80202
               303 454-0100
               Fax: 303 454-0402
               Mariah.tracy@usdoj.gov