IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 15-cr-00149-RM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

RESTRICTED – LEVEL 1

1. RAUL CARAVEO,
2. PAMILA LUCERO,
3. SABRINA CARAVEO,
4. EUGENE CHAVEZ,
5. CAROLINA ARAGON,
6. CRISTINA PORTILLOS,
7. CONRAD ARCHULETA, and
8. NANCY GUZMAN,

    Defendants.

_____

**ORDER TO RESTRICT DOCUMENT NO. 219**
_____

This matter is before the Court on the Government's Motion to Restrict Document No. 219. Upon consideration and for good cause shown,

IT IS ORDERED that Document No. 219, attachments thereto, the Government's Brief in Support of Motion to Restrict Document No. 219, as well as any order revealing the contents of that document, are hereby restricted until further order by the Court.

IT IS ORDERED that Document No. 219 shall be restricted to a "Level 1" and will be "viewable by Case Participants & Court" only.

IT IS SO ORDERED on this _____ day of September, 2015.

BY THE COURT:

_____
RAYMOND P. MOORE
UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO