IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 15-cr-00149-RM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

4.   EUGENE CHAVEZ,

    Defendant.

_____

**NOTICE OF DISPOSITION**
_____

    Defendant, Eugene Chavez, by and through undersigned counsel, hereby notifies the Court that the parties have reached a disposition in this matter, and respectfully requests that a date and time be scheduled for Change of Plea hearing.

    Counsel further informs the Court that he will be out of town from October 16-24, 2015, and respectfully requests that the Change of Plea not be scheduled during that time period.

Respectfully Submitted,

The Ward Law Firm, P.C.

s/Thomas R. Ward

1

**Thomas R. Ward**
Attorney for Defendant
The Ward Law Firm, P.C.
955 Bannock Street, Suite 200
Denver, CO 80204
Tel. 303-393-1101
FAX   303-623-0714
tward@wardlawdenver.com

Dated:   October 7, 2015

## CERTIFICATE OF SERVICE

I hereby certify that on Wednesday, October 07, 2015, I electronically filed the foregoing NOTICE OF DISPOSITION with the Clerk of Court using the CM/ECF system, which will automatically send notification of such filing to all opposing counsel of record.

s/Thomas R. Ward<br>
Thomas R. Ward