FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

AUG 29 2022

JEFFREY P. COLWELL
CLERK

August 10, 2022
To: Honorable Judge Raymond P. Moore
United States District Judge
Re 15CR00149-4 Eugene Chavez

Dear Judge Moore,

I am writing this letter in great hopes that you will consider my request for early release.

In 2015, you sentenced me to Federal Prison. I remember that we had a talk when you sentenced me and it seemed to me that you had some compassion for me. I knew what I was doing was wrong but had no self-esteem. The conversation you had with me had an impact on me and my decision making. you made me feel good about myself. I had an epiphany and decided to change my life because I see that my life of crime was not getting me anywhere. I started investing my time in changing. As a result of this before I even went to the federal prison, I began to take responsibility for my crime and change my life around. In state prison I enrolled in programs that would help me like "impact of crime on victims' program," "Anger management," drug and alcohol classes and individual mental health classes. The most effective class I took was Mr. Quintana's class Doing Time with the Right Mind, DTRM. I loved it so much I took it three times. It made me consider the type of man I was and it allowed me to go back and heal my inner wounded child. My life started changing inside the prison. I no longer wanted to be someone I wasn't. I began to find my true self, learned to love myself and have self respect and gained respect for others.

While incarcerated I stayed report free, drug and alcohol free and did not involve myself with negative people. I was released March 2019 from Federal Prison into the halfway house and then went to home confinement. I began my Federal Probation 2020. I started supervised release on December 14, 2020. I have complied with everything expected of me. As of August 1, 2022 I have paid 6544.36 toward my restitution. I have applied myself to repairing relationships damaged by my past and today I can say that I am a brother, uncle, true friend and a productive member of society. Since my release I have been focused on building myself a life. I have had no police contact, dirty UA's, negative chrons or associations. I have voluntarily chosen to continue in personal therapy and have just successfully completed two years of individual therapy. I have built a life for myself that includes a responsible, respectful full-time employment. I became an apprentice plumber and am working on my journeyman's license with great hopes of becoming a licensed plumber engineer. I have healthy relationships today and have been in a committed relationship for over a year now and have the privilege of being a mentor and step-father.

If granted early release my plan is to continue to stay on the positive path I have established. I plan to continue to pay my monthly restitution payments. I have such a great support system and I know how to seek out support if I ever need it. I plan to continue to take responsibility for my past and address any lingering issues. I never realized that I could have the life I have today and I am not going to jeopardize my freedom or volunteer my time ever again to that old lifestyle and the old people. I sincerely appreciate you taking the time to consider my request

Respectfully submitted,
Eugene R Chavez

To whom it may concern,

I am writing in regard to my big brother, Eugene Rene (Mouse) Chavez.

Eugene was released from prison over two years ago. It was one of the happiest times in our lives. I was pregnant with my second child and was so excited to share this part of my life with him. **We've always had a very close knit, nuclear family despite his absence.**

I don't feel like sharing explicit details of Eugene's childhood trauma and past incarcerations is something that we focus on these days. That part of his/our lives is far behind us, and our goal as a family is to look ahead at the beauty that life holds and making up for lost time. Embracing our strengths as a family to continue to grow and cherish one another is very important to all of us.

Since his release, Eugene has been doing so well. He is (next to our father) one of the hardest working individuals that I know. He takes pride in his work, whether it's the beautifully crafted art pieces or his professional endeavors.

Eugene has demonstrated success on so many levels this time. He has been continuously employed, he's managed to provide a loving environment for his partner and their children. He is open to constructive criticism and isn't afraid to accept change. **I can honestly say that I have never been more proud of him. He strives to be the absolute best he can and despite his rough exterior, he has a kind and loving soul, he loves his family and would do anything for us. I've never doubted his love and dedication to all of us, and for that, I am very grateful.**

Along those lines, I'd like you to please consider lifting the terms of his probation. I have full confidence that my brother will continue to do well when this occurs. He and I have talked at length about how much he has to gain by continuing this path of doing things correctly. He has the love and support of many family members and can always rely on us when he needs to.

Sincerely,

Naomi Vidales

720 436 0427

Dear Judge,

I hope this letter finds you in good health and spirits. My name is Yvette Chavez and I am Eugene's favorite sister. I am writing this letter on behalf of my brother to let you know what an amazing transition he has made since being out of prison. Eugene has really changed his life around for the better since being released. Eugene has adapted to society very well and has made our family very proud. He has been very compliant with probation and has a really good and steady job. He started working before even being released from the half-way house he was assigned. He is very committed to his job and is taking full advantage of the education his job is offering to advance his career. Eugene has been taking care of his health and has routine check ups with his medical Doctor. He has really changed to a healthy lifestyle and diet to comply with what his doctor recommends to be healthy. Eugene has really turned his life around for the better. He surrounds himself with family and appreciates the time he spends with family. He loves and really values his family. We are all so very proud of the person he has become. I am proud to say that he has become a positive role model. I know that if my brother is taken off of probation early that he will succeed and continue on the right path that he has chosen. He values life, his freedom and the positive lifestyle he has proudly chosen to live. He has worked really hard to achieve all of these wonderful accomplishments and continues to set positive goal's. Our family will continue to positively support him in whatever decision you make. Please consider this request as I know he is ready for his past to be in his past. Eugene can and will only continue go up from here! Thank you for your consideration and time.

Sincerely,

Yvette Chavez

720-987-2639

July 27, 2022

To Whom it may concern,

My name is Carmen V Molina, I am Eugene R Chavez's girlfriend. I am writing this letter to express how Eugene has changed and why I think you should consider letting him off of probation early.

I have known Eugene for over 30 years and we have been dating for almost 2 years . I met Eugene when he was at his worst or lowest. We would write each other letters when he was in prison. When he got out in 1994 we both were on different paths in our lives. He was not making the best choices. I never gave up on him because I knew deep down he was and is a great person. We have remained in each other's lives and would keep in contact.

On September 25th 2020 we got in contact with each other again. This time was different when I talked to him. I could tell that he wanted to change and wanted to have a better life. He had goals and ambitions. We began to see each other and I noticed the big changes.

Eugene is hard working and he takes pride in being a plumber. He has recently moved companies and is excited to go to work each day. He often says on Saturday that he wished he could go to work.

He has been reaching out to his kids and trying to build a relationship with them. His oldest son works with him and he loves that he is able to spend time with him everyday. He is hoping to get his youngest son a job with him when he graduates high school.

Eugene enjoys being with family or just at home. He is remodeling our house by adding on a room, building a second garage, and building a room for our youngest daughter. He has created a space in the garage for him to continue to be creative where he can paint and draw.

Eugene has been very conscious of who he allows into his life and who he surrounds himself with. He avoids events or functions that would put him in a negative space or environment. He will excuse himself from family gatherings if he is feeling that he is in a negative space. When we go to stores and if it is too packed or too overwhelming he will ask for the keys so that he can go to the car and remove himself from that feeling.

In the 2 years that we have been together and since he moved into our house we have been able to grow with each other. He is always working on being a better person. He lives with me and my 5 kids that he treats as his own. He loved to do

family movie night, game night and have bbq's. We have been able to introduce him to things that he did not get to do as a kid such as fishing, birthday parties, zoo, graduation, thanksgiving, bowling, and ect.

These are all things that I have noticed differently about him. He has a big heart and is finally letting people see it. He will see a person struggling or having a hard time and even if it is his last dollar he will give it to them just to see them smile. His bucket is filled when others are happy. He hates when people are hurting and will ask how he can brighten their day.

I again ask that you consider letting Eugene off of probation early. He has begun to change his life for the better. Thank you for your time.


Sincerely,
Carmen V Molina

JeaJyge

pLeAse gPve my UNCLe Gene A chance to show you tHat he's A good Boy. I Love hIM so much! Daniella

Dear Judge,
Please give my uncle Gene a chance to show you that he's a good boy. I Love him so much! ♥
Daniella



Eugene R. Chaney
7786 Newport St.
Commerce City, Co 80022

Alfred A. Arraj United States Courthouse.
Attn: Clerk's office - Room A-105
901 19th Street.
Denver, Co 80294