IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.  15-cr-00149-RM-4

UNITED STATES OF AMERICA,

      Plaintiff,

v.

EUGENE CHAVEZ,

      Defendant.

---

### GOVERNMENT'S RESPONSE TO DEFENDANT'S REQUEST FOR EARLY TERMINATION OF SUPERVISED RELEASE ECF 617

---

On August 29, 2022, the defendant filed the instant motion seeking early release from his term of supervised release.  The government's response follows.

**<u>Case Background</u>**

On October 27, 2015, the defendant pled guilty to Conspiring to File False Claims for Refund, in violation of Title 18, United States Code, Section 286. The tax fraud conspiracy of which the defendant was convicted operated in the following manner:  Co-defendant Raul Caraveo obtained identifying information (names, dates of birth, social security numbers) from Colorado Department of Corrections (DOC) inmates with whom he was incarcerated and, in some instances, the inmates' family members.  The identifying information was used by Raul Caraveo, the defendant, and other inmates to generate false Forms 1040A.

Raul Caraveo, the defendant, and other inmates working with them mailed tax returns to co- defendants Sabrina Caraveo, Pamila Lucero, Cristina Portillos, and

Carolina Aragon.  These defendants provided addresses to add to the returns for the receipt of the refund checks or allowed their address to be used for receipt of the refund checks.  Caraveo's cellmate and co-defendant Conrad Archuleta convinced his wife and co-defendant Nancy Guzman to receive refund checks at her address.  During the course of the conspiracy 259 false returns were submitted to the IRS seeking approximately $688,000 in refunds.  The IRS paid out approximately $370,000 in refunds on these false claims.

**Defendant's Sentence**

On January 19, 2016, the defendant was sentenced to 51 months in prison, followed by three years of supervised release, and ordered to pay $311,732.43 in restitution to the IRS, joint and several with his co-defendants.  ECF 328.

**Defendant's Term  Supervised Release**

On March 18, 2020, the defendant was released from federal prison to a halfway house, where he stayed until December 14, 2020.  At that time, he began his three-year period of supervised release.  As of today's date, he has served approximately 1 year and 9 months of his 3-year term.

**Defendant's Conduct While on Supervised Release**

Defendant's motion details his compliance while on supervised release, as well as the strides he has made personally and professionally.  He has paid $6544.36 towards restitution in the short time he has been released from prison, which is notable.  As demonstrated by the letters submitted on his behalf, he appears to have a supportive family network.

Undersigned counsel conferred with the defendant's supervising probation officer, Ms. Tina Parde.  Ms. Parde fully supports the defendant's request for early termination of his supervised release:  Specifically, Ms. Parde stated:

He has done amazing while on TSR.  No violations.  Has made great progress through therapy and his wonderful support system.  He has very stable job as well and has made monthly restitution payments every month and so far has paid over $6k towards the balance.  He never complains about making his restitution payments and has a great attitude.  He successful completed dual diagnosis counseling.  Has never had a positive UA, only 1 dilute over the course of his TSR.

Let me know what questions you have, but I fully support this request.

**<u>Government's Response</u>**

Based on the defendant's accomplishments since his release from prison, and his supervising probation officer's support of his request, the government does not oppose the granting of the defendant's request for early termination of his supervised release.

Respectfully submitted,

COLE FINEGAN
United States Attorney

By: s/ *Martha A. Paluch*
Martha A. Paluch
Assistant United States Attorney
1801 California Street, Suite 1600
Denver, Colorado 80202
Telephone: (303) 454-0100
Facsimile: (303) 520-2551
E-mail: Martha.paluch@usdoj.gov
Attorney for the United States

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 8th day of September, 2022, I electronically filed this document with the Clerk of Court using the CM/ECF system and placed a copy in a prepaid envelope in the United States Postal Service addressed to the following:

Mr. Eugene Chavez
7780 Newport Street
Commerce City, CO  80022

s/Stephanie Price
Stephanie Price
Legal Assistant
U.S. Attorney's Office