IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore

Criminal Case No. 15-cr-00149-RM

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

4. EUGENE CHAVEZ,

    Defendant.

---

### ORDER REGARDING EARLY TERMINATION OF SUPERVISED RELEASE
---

THIS MATTER is before the Court upon Defendant's request for early termination of supervised release (ECF No. 617).

The Court ordered the Government to respond to the request and the Government filed a response (ECF No. 619) indicating that it does not oppose the request. In addition, the Court has considered the position of the Probation Office as well as the original presentence report. Based on the Court's review, it is

ORDERED that the defendant's supervised release/probation be terminated, that he be discharged from supervised release.

DATED this 12th day of September, 2022.

BY THE COURT:

_____
RAYMOND P. MOORE
United States District Judge